In the Matter of ISAIAH M. and Another, Neglected Children. FRANKLIN COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; NICOLE M., Appellant.

Submitted December 27, 2016; decided January 10, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for a stay dismissed as academic.